*ORDER*

PER CURIAM.

Kenneth Sisak appeals the judgment on his conviction of one count of possession of a controlled substance. Sisak claims that the trial court erred in overruling his counsel's objection to the state's peremptory strike of an African–American juror.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

Before PATRICIA L. COHEN, P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

*ORDER*

PER CURIAM.

Movant, Kouri A. Finger, appeals from the judgment denying on the merits his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

**Kouri A. FINGER, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

No. ED 83544.

Missouri Court of Appeals, Eastern District, Division Two.

Nov. 16, 2004.

S. Kristina Starke, Assistant Public Defender, St. Louis, MO, for appellant.

Leslie E. McNamara, Assistant Attorney General, Jefferson City, MO, for respondent.

**Jimmy CHU KO and Josephine Chu Ko, Appellants,**

v.

**Randolph TSIEN and Xu L. Tsien, Respondents.**

No. ED 84018.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 16, 2004.

Craig A. Smith, Polsinelli, Shalton, Welte Suelthaus PC, St. Louis, MO, for Appellant.